NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0743

TARK TAHA

VERSUS

SHOP-A-LOTT, INC.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 206,858
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

Amy, J., concurs in the result.

Ezell, J., concurs in the result.

AFFIRMED

Steven D. Crews
Corkern & Crews, L.L.C.
P. O. Box 1036
Natchitoches, LA 71457-1036
(318) 352-2302
Counsel for: Defendant/Appellee
Shop-A-Lott, Inc.

**Randal Bryan Tannehill**
**Tannehill & Sylvester**
**2900 Military Hwy.**
**Pineville, LA 71360**
**(318) 641-1550**
**Counsel for: Plaintiff/Appellant**
**Tark Taha**

**Tark Taha**
**In Proper Person**
**700 Veterans Dr., #307**
**Alexandria, LA 71303**
**(318) 487-1840**
**Counsel for: Plaintiff/Appellant**
**Tark Taha**